**Opinion issued February 3, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00076-CV**

———————————

## IN RE FORMOSA PLASTICS CORPORATION, USA
## AND FORMOSA PLASTICS CORPORATION, TEXAS, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Formosa Plastics Corporation, USA and Formosa Plastics Corporation, Texas, have filed a petition for writ of mandamus challenging the trial court's January 27, 2023 orders (1) granting real party in interest's motion to discover evidence of net worth and (2) overruling relators' objections to evidence

attached to real party in interest's related pleadings.[1] In conjunction with the petition, relators filed an emergency motion to stay the trial court's order compelling discovery of net worth evidence pending our determination on the mandamus petition. We deny the mandamus petition and dismiss relators' stay motion as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying case is *William Krumbach v. Coastal Bend Staffing, LLC., Formosa Plastics Corporation, USA, and BNSF Railway Company*, cause number 114514-CV, pending in the 412th Judicial District Court of Brazoria County, Texas, the Honorable Justin R. Gilbert presiding.